THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:06-CR-73 |
| | : (JUDGE MARIANI) |
| LUIS PERDOMO, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS **1st** DAY OF SEPTEMBER, 2020, upon consideration of Defendant Luis Perdomo's "Motion to Correct Sentence Under 28 U.S.C. § 2255" (Doc. 219), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Luis Perdomo's Motion is **DENIED**.

2. A Certificate of Appealability shall not issue.

3. The Clerk of Court is directed to **CLOSE** Civil Case No. 3:16-cv-01305-RDM.

Robert D. Mariani
United States District Judge